1204

No. 96–1179. INDICATED EXPANSION SHIPPERS *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 96–1184. KAMILEWICZ ET AL. *v.* BANK OF BOSTON CORP. ET AL. C. A. 7th Cir. Motion of law teachers for leave to file a brief as *amici curiae* granted. Certiorari denied.

No. 96–1332. NORFOLK SOUTHERN RAILWAY CO. ET AL. *v.* LANG ET AL. Sup. Ct. Ala. Motion of Association of American Railroads for leave to file a brief as *amicus curiae* granted. Certiorari denied.

No. 96–1355. CALDERON, WARDEN *v.* BEAN. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 96–1357. SMITH, PERSONAL REPRESENTATIVE OF SMITH, DECEASED *v.* SOCIALIST PEOPLE'S LIBYAN ARAB JAMAHIRIYA ET AL. C. A. 2d Cir. Motion of petitioner to defer consideration of petition for writ of certiorari denied. Certiorari denied.

No. 96–1428. ANHEUSER-BUSCH, INC., ET AL. *v.* SCHMOKE, MAYOR OF BALTIMORE, ET AL. C. A. 4th Cir. Motions of Washington Legal Foundation, Ronald Rotunda and John Nowak, and Association of National Advertisers, Inc., for leave to file briefs as *amici curiae* granted. Certiorari denied.

No. 96–1429. PENN ADVERTISING OF BALTIMORE, INC. *v.* SCHMOKE, MAYOR OF BALTIMORE, ET AL. C. A. 4th Cir. Motion of Washington Legal Foundation for leave to file a brief as *amicus curiae* granted. Certiorari denied.